IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LISA BIRGE,                                          )
                                                    )
                        Plaintiff,                  )                    8:07CV2
                                                    )
            v.                                      )
                                                    )
ASSET ACCEPTANCE, L.L.C., Inc.,                     )            ORDER OF DISMISSAL
                                                    )
                        Defendant.                  )
_____                   )

        The matter before the court is the plaintiff's notice of voluntary dismissal.  Filing No. 5.  The court finds that this matter should be dismissed with prejudice.

        IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

        DATED this 8th day of March, 2007.

                                BY THE COURT:


                                s/ Joseph F. Bataillon
                                Chief United States District Judge